ENTERED
CLERK, U.S. DISTRICT COURT
FEB 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY J. GOODWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. ED CV 04-0934 DSF (FMO)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE<br><br>THIS CONSTITUTES NOTICE OF ENTRY<br>AS REQUIRED BY FRCP, RULE 77(d). |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation. The Court approves and adopts the Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1.  Defendant's Motion to Dismiss **(Document No. 9)** is **granted**.
2.  Judgment shall be entered dismissing the action with prejudice.
3.  The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: February 6, 2006.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE